NS:NEM
F.# 2018R01519

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOSUE LEIVA,

    Defendant.

- - - - - - - - - - - - - - - - - X

Criminal Docket No. 18-398 (RRM)

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys and ORDERED by the Court, pursuant to Federal Rule of Criminal Procedure 16(d), that:

    1.    This Protective Order governs photographs of Julio Vasquez produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure to the defendant Josue Leiva and the undersigned defense counsel in the above-captioned case and marked with the word "SENSITIVE" or otherwise identified in writing as sensitive (the "Protected Material")

    2.    The Protected Material may be reviewed only by the defendant, defense counsel and defense counsel's staff (including paralegals, assistants, and potential experts employed by defense counsel) for purposes of defending against the charges in the above-captioned case, including but not limited to preparation for trial and any sentencing or appeal involving the charges in the above-captioned case. The defendant may review the Protected Material only in the presence of defense counsel or defense counsel's staff and shall not retain a copy of the Protected Material.

    3.    The defendant, defense counsel and defense counsel's staff shall not

obtain or create any copies of the Protected Material for disclosure or dissemination to any person other than defense counsel and defense counsel's staff.

4. The Protected Material, including all copies, provided pursuant to this Order shall be returned to the United States Attorney's Office, including all copies, within ten days of the completion of the case before the Court or, if an appeal is taken, within ten days of the completion of the case in the United States Court of Appeals for the Second Circuit or Supreme Court of the United States.

5. This Court shall retain jurisdiction over all persons subject to this Order to the extent necessary to enforce any obligations arising hereunder or to impose sanctions for any contempt thereof.

Dated: Brooklyn, New York
September 1X, 2019

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

Richard Rosenberg
Attorney for Josue Leiva

By: Nadia E. Moore
Assistant U.S. Attorney

SO ORDERED.

_____
THE HONORABLE ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE

2